# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2009

Marilyn Kelly,
Chief Justice

138029

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                    SC: 138029
                                    COA: 278833
                                    Jackson CC: 06-004717-FC

JERRY MORTON,
          Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the November 25, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2009                    _____

p0420                                           Clerk